UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| MARY J. HOUSTON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 2:11CV00050 ERW |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Frederick R. Buckles [ECF No. 20] pursuant to 28 U.S.C. § 636(b).[1]

The Court notes that no objections to the Report and Recommendation were filed within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Report and Recommendation and hereby sustains, adopts, and incorporates herein the Magistrate's Report and Recommendation in its entirety. The Social Security Commissioner's decision is reversed and remanded.

---

[1] The Court notes that all citations to 20 C.F.R. § 404.1527 are to the version of the regulation in effect from June 13, 2011 to March 25, 2012. The regulation was amended and a new version of the regulation became effective March 26, 2012. Although the amendment reorganizes the regulation and omits some language, the prior version is substantially similar to the current version.

Accordingly,

**IT IS HEREBY ORDERED** that under Sentence Four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security denying Plaintiff Mary J. Houston's application for disability benefits is **REVERSED**, and the case is **REMANDED** to the Commissioner for further proceedings consistent with this Order.

Dated this  10th  day of August, 2012.

*[Signature]*

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE